**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DanielParker@aol.com

January 25, 2024

**By ECF and email**
Hon. Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

**MEMO ENDORSED**

Re: **United States v. Luis Henriquez Rondon**
23 Cr 653 (CS)

Dear Judge Seibel:

I write with the consent of the Government requesting that the Court adjourn the conference scheduled for February 28, 2024 to March 20, 2024. I am in the process of reviewing the discovery and just yesterday, I submitted a request for the Court to authorize CJA funds for a Spanish speaking paralegal to review and summarize some of the evidence, including recordings.

Given the nature and breadth of the discovery, I will require additional time to review the discovery and it is for that reason that I am seeking to adjourn the conference.

If the foregoing meets with the Court's approval, then I respectfully request that the Court adjourn this case to mid March and "So Order" this letter. I consent to the exclusion of time from the speedy trial clock.

I hope everyone is well.

Respectfully,
*Daniel S. Parker*
Daniel S. Parker

Cc: all parties by ECF

---

*Handwritten endorsement:*

Conference adjourned to: March 20, 2024 at 11:15 a.m. The time between now and then is hereby excluded under the Speedy Trial Act in the interests of justice. The ends of justice served by the exclusion outweigh the best interests of the public and the defendant in a speedy trial because it will enable the defendant to review voluminous discovery and confer with counsel regarding next steps.

So Ordered.
*Cathy Seibel*
Cathy Seibel, U.S.D.J.
Dated: 1/25/24