**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

**DANIEL S. PARKER**
MICHAEL CARMODY

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DanielParker@aol.com

February 11, 2024

**By ECF and email**
Hon. Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re: **United States v. Luis Henriquez Rondon**
**23 Cr 653 (CS)**

Dear Judge Seibel:

    I write requesting to be relieved as counsel in this case. This afternoon, Darnell D. Crosland filed a Notice of Appearance as retained counsel in this matter. I spoke with Mr. Crosland and advised him that as soon as the Court relieves me from representing Mr. Henriquez Rondon, I will provide him with the discovery in this case.

    If the foregoing meets with the Court's approval, then I respectfully request that the Court "So Order" this letter.

    Thank you kindly.

Respectfully,

*Daniel S. Parker*

Daniel S. Parker

Cc: all parties by ECF

SO ORDERED.

*Cathy Seibel*  2/12/24

CATHY SEIBEL, U.S.D.J.